UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 98-746 ADM/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER BALDWIN,<br>Defendant,<br>NORWEST BANK,<br>Garnishee,<br>CO-OP CREDIT UNION OF MONTEVIDEO,<br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishees on or about February 23, 1999.

On or about April 21, 1999, the defendant paid the balance of his debt in full ($4,894.24).

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is released and that no further funds shall be withheld by the garnishees.

Dated: April 23, 1999

JONATHAN G. LEBEDOFF,
Magistrate Judge
United States District Court

FILED 4/26/99
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK